**Fill in this information to identify your case:**

Debtor 1: **Ralph Emanuel Anderson**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**

Case number (if known):

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7  12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Citizens One Consumer Loan Servicing**<br>Description of property securing debt: **2019 Dodge Charger 17,000 miles SRT, 4 dr, Good Condition Location: 6926 Crescent Boat Lane, Canal Winchester OH 43110** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Fifth Third Bank**<br>Description of property securing debt: **6926 Crescent Boat Lane Canal Winchester, OH 43110 Franklin County 1500 sq. ft ranch, finished basement, 4 BR, 3 BA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Firth Third Bank, NA** | ☐ Surrender the property. | ☐ No |

Official Form 108 **Statement of Intention for Individuals Filing Under Chapter 7** page 1

| Debtor 1 | **Ralph Emanuel Anderson** | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | **2011 Jeep Grand Cherokee Limited 83,725 miles 4 dr, Good Condition Location: 6926 Crescent Boat Lane, Canal Winchester OH 43110** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |

| Creditor's name: | **Huntington National Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
|---|---|---|---|
| Description of property securing debt: | **6926 Crescent Boat Lane Canal Winchester, OH 43110  Franklin County 1500 sq. ft ranch, finished basement, 4 BR, 3 BA** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ Yes |

| Creditor's name: | **Park National Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
|---|---|---|---|
| Description of property securing debt: | **2014 Canam Spyder Roadster 7,232 miles Motorcycle; Excellent Condition Location: 6926 Crescent Boat Lane, Canal Winchester OH 43110** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ Yes |

| Creditor's name: | **Performance Finance** | ■ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
|---|---|---|---|
| Description of property securing debt: | **2012 Victory Kingpin 7500 miles Good Condition Location: 6926 Crescent Boat Lane, Canal Winchester OH 43110** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ Yes |

| Creditor's name: | **Wright Patt Credit Union** | ■ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
|---|---|---|---|
| Description of property securing debt: | **2019 Chevrolet Silverado 16,700 miles Truck, Excellent Condition Location: 6926 Crescent Boat Lane, Canal Winchester OH 43110** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ Yes |

**Part 2:   List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|

| Debtor 1 | **Ralph Emanuel Anderson** | Case number (*if known*) | |
|---|---|---|---|

| | |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X | **/s/ Ralph Emanuel Anderson** | X | |
|---|---|---|---|
| | **Ralph Emanuel Anderson**<br>Signature of Debtor 1 | | Signature of Debtor 2 |
| | Date    **May 19, 2021** | | Date |